IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JONATHAN TRIMBOLI,<br><br>　　　Plaintiff,<br><br>OLD REPUBLIC INS. CO.,<br><br>　　　Intervening Plaintiff,<br>v.<br><br>MAXIM CRANE WORKS, L.P.,<br><br>　　　Defendant, Third-Party Plaintiff,<br><br>v.<br><br>APTUS GROUP USA, LLC,<br><br>　　　Third-Party Defendant. | No. 3:18-cv-00346<br>Judge Aleta A. Trauger<br>JURY DEMAND |

**DEFENDANT AND THIRD PARTY PLAINTIFF MAXIM CRANE WORKS, L.P.'S CORPORATE DISCLOSURE STATEMENT**

___

Pursuant to Fed. R. Civ. P. 7.1, Defendant and Third-Party Plaintiff Maxim Crane Works, L.P. ("Maxim") hereby informs the Court and all parties to this action that Maxim has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　**HALL BOOTH SMITH, P.C.**

　　　　　　　　　　　By:　/s/ Nathan H. Mauer
　　　　　　　　　　　　　　Nathan H. Mauer, BPR # 029690
　　　　　　　　　　　　　　Karl M. Braun, BPR# 022371
　　　　　　　　　　　　　　Fifth Third Center
　　　　　　　　　　　　　　424 Church Street, Suite 2950
　　　　　　　　　　　　　　Nashville, Tennessee 37219
　　　　　　　　　　　　　　Email: Nmauer@hallboothsmith.com
　　　　　　　　　　　　　　(615) 313-9911 (Telephone)
　　　　　　　　　　　　　　(615) 313-8008 (Facsimile)

65898609-1
3466-0010

## CERTIFICATE OF SERVICE

   I hereby certify that the following individuals have been served a copy of the foregoing via the Court's electronic filing system on this the 27th day of July, 2018:

| | |
|---|---|
| Matthew E. Wright, Esq.<br>Craig P. Glenn, Esq.<br>Wright law, PLC<br>840 Crescent Centre Drive<br>Suite 310<br>Franklin, TN 37067<br>mwright@wrightlawplc.com<br><br>*Attorneys for Plaintiff* | Joseph R. Wheeler<br>Jason K. Murrie<br>Cornelius & Collins, LLP<br>511 Union Street, Suite 1500<br>P.O. Box 190695<br>Nashville, TN 37219-0695<br>Tel: 615.244.1440<br>jrwheeler@cclawtn.com<br>jkmurrie@cclawtn.com<br><br>*Attorneys for Third-Party Defendant Aptus Group USA, LLC* |

Chris Brooks
Alex B. Morrison
Cedar Ridge Office Park
408 N. Cedar Bluff Road, Suite 500
Knoxville, TN 37923
crbrooks@mijs.com
abmorrison@mijs.com

*Attorney for Intervening Plaintiff*


              /s/ Nathan H. Mauer

2
Case 3:18-cv-00346   Document 31   Filed 07/27/18   Page 2 of 2 PageID #: 112