IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

Motion GRANTED.

JONATHAN TRIMBOLI,

    Plaintiff,

v.

MAXIM CRANE WORKS, L.P., *et. al.,*

    Defendant/Third Party Plaintiff.
_____/

No. 3:18-cv-00346
Judge Aleta A. Trauger
JURY DEMAND

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT ON APPLICATION OF T.C.A. § 29-39-101 *ET SEQ.*

Plaintiff, JONATHAN TRIMBOLI, through counsel, hereby submits this Motion for Leave to File Motion for Partial Summary Judgment on Defendant Maxim Crane Works, L.P.'s Affirmative Defense Number 3 on the Loaned Servant Doctrine.

The Court's Case Management Order requires leave of Court in which to file a Motion for Partial Summary Judgment.

As grounds for leave to file his Motion for Partial Summary Judgment, Plaintiff Jonathan Trimboli shows unto the court that it is in the interest of judicial efficiency to determine as a preliminary matter that the loaned servant doctrine does not apply to bar any recovery that Jonathan Trimboli has against Defendant Maxim Crane Works, L.P. and another motion for summary judgment filed by Aptus Group USA, LLC is pending before the Court which encompasses this defense. (D.E. 114) A pre-trial ruling would operate to narrow the issues and proof at trial.

The Motion for Partial Summary Judgment and supporting materials is filed contemporaneously herewith under a separate docket entry.