# Brian Accetta (Aptus Laborer in Basket with Trimboli)
What did he say?

Q. Do you have any perception of how far the basket fell as you described?

**A. I can't be 100 percent sure, but it was a good little bit, you know.**



*Deposition of Brian Accetta, pg. 45, lines 8-11*

# Brian Accetta (Aptus Laborer in Basket with Trimboli)

What did he say?

Q. Okay. And what did you see when you looked up?

**A. When I first looked up we were underneath the bridge, so I saw that.**



*Deposition of Brian Accetta, pg. 48, lines 10-13*

# Brian Accetta (Aptus Laborer in Basket with Trimboli)
What did he say?

> Q. Was the pipe directly above you?
>
> **A. It was not directly above me.  It was above me…it was up for sure.**



*Deposition of Brian Accetta, pg. 48, lines 14-18*

# Brian Accetta (Aptus Laborer in Basket with Trimboli)
What did he say?

> Q. …are you testifying that you were even farther under the bridge?
>
> **A. We were underneath the bridge.  We were out of original position.**



*Deposition of Brian Accetta,*
*pg. 48, lines 21-25*

# Brian Accetta (Aptus Laborer in Basket with Trimboli)

What did he say?

Q. How do you know that the position had changed in terms of the distance from the bridge?

**A. …we were in a different spot, number one. We were lower than we were.**



*Deposition of Brian Accetta, pg. 71, lines 6-9*

# Brian Accetta (Aptus Laborer in Basket with Trimboli)

## What did he say?

> Q. …Was it the structure underneath that you were using as a reference point? Was it what you were looking up at?
>
> **A. I was looking up and we were…more underneath the bridge than we were…when we started.**



*Deposition of Brian Accetta, pg. 73, lines 12-20*

# Darrell Wodzinksi (Maxim Mechanic)
## What did he say?

**A. After I worked on that crane that night on the bridge, after the accident happened, they had me do an inspection on the crane, a post-accident inspection…It was right after the accident happened.**

Q: Who asked you to do that?

**A: Jimmy Winters.**



*Deposition of Darrell Wodzinki, pg. 21, line 11 – pg. 22, line 1*

# DAILY/WEEKLY SHORT-TERM SERVICE AGREEMENT

Presented by Brent Wiley to Eric Ross at the jobsite





# Gary Brock, PhD

Biomechanical Engineering

Masters Degree and PhD from Cornell University in Biomechanical Engineering

Reviewed the facts of the case and concludes that the type of injuries sustained by Jonathan Trimboli are consistent with the man-basket being dropped at least 15 feet

The injuries sustained by Jonathan Trimboli are inconsistent with a jump off a rail or short fall

Conclusions are supported by scientific studies and data



# Mark Cannon, P.E.

Professional Engineer

Masters of Science in Advanced Safety and Engineering from University of Alabama

Bachelor of Science in Mechanical Engineering from Arizona State University

Performed a forensic analysis of the facts to rule out or rule all potential causes

The crane boom collapses because the pin was not properly inserted into the sections of the boom holes and cylinder which caused the boom to collapse and drop the man-basket 15-20 feet



# Bob Crandall

Commercial Vehicle Specialist and Expert

Former Supervisor of Field Operations for New York City Dept. of Sanitation Field Operations

Responsible for supervising department's maintenance, training and R&D staff

Performed analysis with a crane to exhibit how the man-basket fell when the pin was not properly inserted in the boom holes and through the cylinder

Did Maxim falsify or conceal records of material evidence for the purpose of evading liability?

# Scott White (Regional Mgr.)

Q. …the first time you saw the crane the day that you went to do the tests that you were talking about…the pin was in the cab?

**A. That day the pin was in the cab.**



*Deposition of Scott White, pg. 55, lines 6-11*

# Scott White (Regional Mgr.)

Q. Was anyone with you or were you doing it by yourself?

**A. I was by myself.**



*Deposition of Scott White, pg. 53, line 24 – pg.54, line 1*

# Scott White (Regional Mgr.)

Q. And when you looked at it, the pin that you're talking about that you used with the fourth section was in the cab; is that right?

**A. The pin was in the cab.**



*Deposition of Scott White, pg. 53, line 24 – pg.54, line 1*

Who did Maxim swear and identify under oath were the only persons from Maxim known to them who have knowledge regarding the matters in controversy in this suit?

1. Troy Wager (V.P Safety)
2. John Merrill (Director of Safety)
3. Scott White (Operations Manager)
4. Cecil Elliott (Branch Safety Manager)
5. Brent Wiley (Crane Operator)
6. Mark Boaz (Crane Operator)

**VERIFICATION**

STATE OF KENTUCKY )
 )
COUNTY OF Campbell )

I, Troy Wagner, having been duly sworn, hereby state that all the responses made by me to the Plaintiff's First Interrogatories and Requests for Production of Documents are true and correct to the best of my knowledge, information and belief.

_Troy Wagner_
**TROY WAGNER**

Title: V.P. of Safety for Maxim Crane Works, L.P.

Sworn to and subscribed before me on this ___ day of September, 2018

_Virginia Price_
Notary Public

My Commission Expires: _09.25.2021_

Virginia Price
Notary Public, ID No. 585967
State at Large, Kentucky
My Commission Expires 9/25/2021

Who did Maxim *not* identify under oath as individuals known to them who have knowledge regarding the matters in controversy in this suit?

1. Travis Powers (Head Mechanic)

2. Darrell Wodzinski (Mechanic)

# Why?

# Travis Powers (Head Mechanic)

Q. …when you looked at the crane, did you bring to their attention that… there's an issue with that pin not being in the hole?

**A. I think I asked them .."What are these holes for?"**
**…Does this crane have a dead section? There's a hole in a boom and there's no pin…you might want to ask yourself why?**



*Deposition of*
*Richard Travis Powers,*
*pg. 27, lines 6-15*

# Travis Powers (Head Mechanic)

Q. Had they already figured it out, at that time you were having the conversation with them that the pin was in the cab?

**A. It was after we started talking about that. They were going through the cab and found the pin somewhere in the cab.**



*Deposition of Richard Travis Powers, pg. 27, lines 16-22*

# Travis Powers (Head Mechanic)

Q. Did they say, "Oh thank you. That's good to know."
Or what was their response to it?

**A. It was something to the effect of, "Yeah, that makes sense."
If that pin is not in place where it supposed to be
…it could cause that scenario.**



*— Deposition of
Richard Travis Powers,
pg. 32, line 23 – pg. 33, line 6*

# Travis Powers (Head Mechanic)

Q. If they went back to the office at about 1:15, it looks like this email was probably sent after you guys finished doing the inspection…?

**A. Yes, sir. It seems to be what the timeline shows**



*Deposition of Richard Travis Powers, pg. 45, lines 14-19*

# What did the email from Andy Elliott to Troy Wagner say?

| From: | Andy Elliott/ACR |
|---|---|
| Sent: | Wednesday, November 15, 2017 1:44 PM |
| To: | TWagner@maximcrane.com |
| Cc: | WPirkle@maximcrane.com; SWhite@maximcrane.com |
| Subject: | RE: Unit 2222 Extending & Retracting The Fourth Boom Section Procedures for 3300 Series Shuttlelift |
| Attachments: | 20171115134442295.pdf |

Please see attached for Unit 2222 Extending & Retracting The Fourth Boom Section Procedures for 3300 Series Shuttlelift.

Cecil C. (Andy) Elliott III

Tennessee Regional Safety Manager
215 River Hills Drive
Nashville, TN 37210
615-883-3900 p
615-391-3021 f
615-533-0829 c

Please see attached for Unit 2222 Extending & Retracting The Fourth Boom Section Procedures for 3300 Series Shuttlelift.

# Travis Powers (Head Mechanic)

Q. And that's the one that you're talking about where, when you went to go look at it, that hole was empty, and the pin was not in it. Is that right?

**A. Yes, sir.**



*Deposition of Richard Travis Powers, pg. 51, lines 10-13*

# Travis Powers (Head Mechanic)

Q. Do you have any idea how that pin got from the cab back into the hold that's shown in this picture right here?

**A. No, sir, I do not.**



*Deposition of
Richard Travis Powers,
pg. 51, lines 14-17*





# Travis Powers (Head Mechanic)

Q. …the person who found the pin that was in the cab
when you were inspecting it in the first time was that Scott or Andy?

**A. Scott.**



*Deposition of
Richard Travis Powers,
pg. 57, lines 19-22*

# Travis Powers (Head Mechanic)

Q. Scott White had it in his hand?

**A. Yes, sir.**



*Deposition of Richard Travis Powers, pg. 58, lines 5-6*

# Travis Powers (Head Mechanic)

Q. Did you all…come to a consensus that…
it sounds like it was the pin not in and the boom fell back on itself?

**A. With the information that we had, that's kind of what we concluded.**



*Deposition of
Richard Travis Powers,
pg. 63, lines 13-17*

# Travis Powers (Head Mechanic)

Q. And you've told what you've told me to Andy Elliott and you've told what you've told me to Scott White, right?

**A. Yes, sir.**



*Deposition of Richard Travis Powers, pg. 63, lines 22-25*

# Travis Powers (Head Mechanic)

Q. And did you find anything out of the ordinary?
Anything operationally that was not appropriate in your view?

**A. …the only thing I found wrong with the machine was when you…
scoped the boom out, whenever you went to retract it,
it wouldn't come back in.**



*Deposition of
Richard Travis Powers,
pg. 63, lines 22-25*

# Travis Powers (Head Mechanic)

Q. Did anyone ever run an incident report by you before finalizing it to get your input what may have happened?

**A. No, sir.**



*Deposition of
Richard Travis Powers,
pg. 78, lines 8-11*

# Travis Powers (Head Mechanic)

Q. If the photos show that it was in the boom, then…
the pin was in a different place when the inspection happened than
when you first saw it, when the pin was not in the hole, correct?

**A. Correct.**



*Deposition of
Richard Travis Powers,
pg. 79, lines 9-14*

# Brent Wiley's signed report immediately after the incident

# What did Brent Wiley say after the incident?



*Brent Wiley*
*signed employee statement*

# Brent Wiley's signed report after discussions with Troy Wagner and Andy Elliott

Andy Elliott asked Troy Wagner to sign off on the statement

# Email from Andy Elliott to Troy Wagner

November 15th, 2017 at 4:51 pm



**From:** Andy Elliott/ACR
**Sent:** Wednesday, November 15, 2017 4:51 PM
**To:** TWagner@maximcrane.com
**Cc:** WFirkle@maximcrane.com; SWhite@maximcrane.com
**Subject:** RE: NAS Operator Brent Wiley's Statement
**Attachments:** Brent Wiley Statement.docx

Troy please read prior to Brent Wiley signing off.

Cecil C. (Andy) Elliott III

Tennessee Regional Safety Manager
215 River Hills Drive
Nashville, TN 37210
615-883-3900 p
615-391-3023 f
615-533-0829 c

"Troy please read prior to Brent Wiley signing off."

*Exhibit 20 to*
*Deposition of Andy Elliott*

# What did Brent Wiley say after he spoke to Troy Wagner?

Brent Wiley started my shift at 20:00 on Tuesday 11/14/17 by inspecting Maxim Unit 2222 (Shuttlelift Model: 3330LB, Serial# 177704-99). After completing my Daily Crane Inspection Log, Eric Ross, Foreman for Aptus Group phoned to let me know that two trucks were coming to escort both carry deck crane onto the Old Hickory Boulevard Bridge project area. Once in place, I placed all four neoprene mats under each on the crane's outriggers to set up. Aptus Group's flatbed truck brought the man basket to my crane; I lifted the man basket from their truck the safety latch and shackle were positively secured. The man basket was lowered onto the test weight and secured prior to the load test. The crane was configured with 35' boom length, 21' Radius, and 45° – 50 ° Boom Angle with attached man basket and test weight. The test for this man basket lift was for twenty minutes. After competition the test weight was removed and two Aptus Group employees with tools got in the man basket. I swung the crane over the bridge and proceeded to lower the man basket to the river's lower bank. One employee got out of the man basket Brian Accetta remained in the man basket and was [...] area. Jon Tremboli joined Brian Accetta in the man basket and was [...] Hickory Boulevard Bridge ready to cut the 8" gas pipeline. Mark Boaz [...] Unit 60806 (1997 P & H Model: D85I) was set up to lift the cut 8" [...] Once this procedure was completed both cranes moved approximate [...] section of gas pipeline removal. I set up Unit 2222 in the same config [...] Radius, and 45° – 50 ° Boom Angle and lift with the man basket to [...] and bottom of man basket. Once confirmed of clearance the man bask [...] Hickory Bridge. Both Jon Tremboli and Brian Accetta enter the man ba [...] area. All signaling from Jon Tremboli was stopped and no further cran [...]

Tremboli then began signaling Mark Boaz in the other crane to telescope the crane boom. It was at that moment that a loud noise was heard that originated from the boom tip area of Unit 2222. I felt a shock at the same time in the operator's cab of Unit 2222. Due to the poor lighting conditions I could not determine what had happened. All the Aptus Crew began to flag me to hoist the man basket up; it was at that time that we could see that Jon Tremboli had been badly injured. I landed the man basket onto the Old Hickory Bridge with both Jon Tremboli and Brian Accetta inside, where they remained until paramedics arrived on scene. I shut off power to Unit 2222 until the area was cleared. Eric Ross, Aptus' Foreman immediately phoned 911 Emergency Services. Metro Nashville Police Officer Reid (Badge # 608786) also responded to the accident scene.

Signature: _[signature]_    Date: 11-15-17

Brent Wiley

---

*Brent Wiley*
*signed employee statement*

# Did Maxim mention the pin in it's "inspection report"



MOBILE CRANE INSPECTION REPORT
Hydraulic Truck Cranes/Rough Terrain Cranes/Boom Trucks

No mention of the missing pin in the report that Maxim made.

*Maxim Mobile Crane Inspection Report made after the injury*

# The jury's task

## What you must decide

# Negligence

What must you decide?



### Jury instruction: Fault

Negligence is the failure to use ordinary or reasonable care. It is either doing something that a reasonably careful crane company and crane operator would not do, or the failure to do something that a reasonably careful crane company or crane operator would do, under all of the circumstances in this case. The mere happening of an injury or accident does not, in and of itself, prove negligence.

A person may assume that every other crane company or crane operator will use reasonable care, unless a reasonably careful person has cause for thinking otherwise.

A reasonably careful crane company and crane operate would would be familiar with and follow manufacturer procedures for the Shuttlelift Carrydeck crane for assembly, inspection and tagoout.

Maxim and its employee Brent Wiley were not familiar with and did not follow the manufacturer assembly, inspection and tagout procedures for the Shuttlelift Carry deck crane.

# Damages

# Mr. Trimboli: Initial Bilateral Tibia/Fibula Fractures



Mr. Trimboli: How do these injuries affect his whole body?



Torn rt. knee cartilage, requiring surgeries

Torn lt. knee cartilage, requiring surgeries

Fractures rt. shin bone cartilage, requiring surgeries & nailing of both bones

Fractures lt. shin bone cartilage, requiring surgeries & nailing of both bones

# Mr. Trimboli – What treatments had he endured?

**Surgery**

Operative fixation of left tibial shaft with intramedullary device

Operative fixation of right tibial shaft with intramedullary device

Debridment and irrigation down to and including bone

Daily dressing to wounds



# Mr. Trimboli – What treatments had he endured?

**Surgeries**

Revision ORIF left distal tibia malunion with intramedullary rod fixation and hardware removal. Implant of 14.17-inch synthes tibial nail

Revision ORIF left distal fibular shaft non-union

Left leg in mobilizer

Left knee scope with plica excision and limited debridement

Open removal of hardware (tibial screws)cc



# Mr. Trimboli – What treatments had he endured?

**Therapies**

Aggressive occupational therapy to increase independence at VUMC

Aggressive physical therapy at VUMC

Inpatient rehabilitation at Pineville Rehab from 11/21/17 – 11/29/19

Outpatient physical therapy 12/17 – 1/18



# Mr. Trimboli – What treatments had he endured?

**Therapies & Devices**

Inpatient rehabilitation at Pineville Rehab from 1/24/18 – 2/4/18

Outpatient physical therapy 2/18 – 5/18

Outpatient physical therapy 3/19 – 5/19

Wheelchair, walker, crutches, cane

Legs in boot, use of transfer bench, raised toilet seat



# Mr. Trimboli – What treatments had he endured?

**Surgery**

Operative fixation of left tibial shaft with intramedullary device

Operative fixation of right tibial shaft with intramedullary device

Debridment and irrigation down to and including bone

Daily dressing to wounds

**Surgeries**

Revision ORIF left distal tibia malunion with intramedullary rod fixation and hardware removal. Implant of 14.17-inch synthes tibial nail

Revision ORIF left distal fibular shaft non-union

Left leg in mobilizer

Left knee scope with plica excision and limited debridement

Open removal of hardware (tibial screws)cc



**Therapies**

Aggressive occupational therapy to increase independence at VUMC

Aggressive physical therapy at VUMC

Inpatient rehabilitation at Pineville Rehab from 11/21/17 – 11/29/19

Outpatient physical therapy 12/17 – 1/18

**Therapies & Devices**

Inpatient rehabilitation at Pineville Rehab from 1/24/18 – 2/4/18

Outpatient physical therapy 2/18 – 5/18

Outpatient physical therapy 3/19 – 5/19

Wheelchair, walker, crutches, cane

Legs in boot, use of transfer bench, raised toilet seat

# Mr. Trimboli: 11/15/17 Right Tibia Intramedullary Nailing



Midline incision made over knee

Incision divides through patellar tendon

Sequential reaming of tibial canal

11/15/17 AP X-Ray

10 x 360 mm titanium nail placed in tibial canal

**Postoperative View**

Two proximal locking screws

Nail in place within tibia

Distal locking screws

© 2018 MediVisuals, Inc.

# Mr. Trimboli: 11/15/17 Left Tibia Intramedullary Nailing



Open fracture wound debrided

Fracture wound irrigated

Sequential reaming of tibial canal

10 x 360 mm titanium nail placed in tibial canal

11/15/17 AP X-Ray

**Postoperative View**

Two proximal locking screws

Nail in place within tibia

Distal locking screws

© 2018 MediVisuals, Inc.

# Pain & suffering: How Does the Cycle Affect Jonathan Trimboli?



# What Can Jonathan Trimboli No Longer Do?



Can't carry or lift heavy things

Can't stoop or crouch

Can't kneel

Can't climb

Can't bend

Can't run

Can't stand for long

Can't crawl

Can't walk long distances

Can't jump

# What Will it Cost for the Medical Providers & Aupport He Will Need for the Rest of His Life

Jonathan Trimboli



He will need:

**$61,524.88/year** for medical support **✕** **42 year** life expectancy

= **$2,584,045**

just for Jonathan Trimboli's medical providers & support for the rest of his life

# Worklife Probability

Jonathan Trimboli | Analysis CPS Education Post

| | Absent Injury CPS | With Injury CPS Ed | Value / Dif |
|---|---|---|---|
| Birth year | | | 1982 |
| Injury date | | | 11/15/17 |
| Analysis date | | | 5/8/19 |
| Base wage | 80,000 | 63,507 | 20.6% |
| Fringe rates | 25.8% | 25.8% | |
| Education level | Some college, no degree | Some college, no degree | |
| | | | |
| Gender life/emp. | | | Male |
| Disability status | No work | Not severe work, et. al. | |
| | | | |
| Growth/discount | | | Pure offset |
| Future worklife | 25.2 | 18.5 | 26.4 |
| **Total Earnings** | **2,531.901** | **1,480,235** | **1,051,666** |

Past medical expenses:
$370,017.91